FILED
2008 AUG 29 AM 11:03
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
R. ANTHONY MOYA, SB# 137786
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

Attorneys for Judgment Creditors CONTINENTAL CASUALTY COMPANY and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, an Illinois corporation; and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HIGHLAND ENGINEERING, LLC, an Arizona limited liability company; HIGHLAND ENGINEERING OF CALIFORNIA, INC., a California corporation; Individual, Corporate and Partnership DOES 1-20,<br><br>Defendant. | CASE NO. '08 MC 0462<br><br>**REQUEST TO THE CLERK OF THE COURT FOR REGISTRATION OF JUDGMENT ISSUED BY ANOTHER FEDERAL DISTRICT COURT** |

TO THE CLERK OF THE ABOVE NAMED COURT:

YOU ARE HEREBY REQUESTED, pursuant to 28 U.S.C. § 1963, to register in the United States District Court, Southern District of California, a judgment rendered and entered, June 24, 2008, by the United States District Court for the District of Arizona in Civil Action No. 2:08-cv-00467-NVW. The judgment is in favor of CONTINENTAL CASUALTY COMPANY and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD on whose behalf registration is requested. The judgment is against HIGHLAND ENGINEERING, LLC, and HIGHLAND ENGINEERING OF CALIFORNIA, INC.



LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

The judgment in favor of CONTINENTAL CASUALTY COMPANY, one of the judgment creditors, is for the recovery of money in the sum of NINE HUNDRED FIFTY FIVE THOUSAND TWO HUNDRED NINETY SIX AND 91/100's DOLLARS ($955,296.91), plus interest at the rate provided pursuant to 28 U.S.C. § 1961(a) per annum, 2.57%, from the date of judgment until paid as more fully described in the exemplified copy of the judgment, attached hereto as Exhibit "A" and incorporated herein by this reference.

The judgment in favor of NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, the other judgment creditor, is for the recovery of money in the sum of TWO HUNDRED FIFTY FIVE THOUSAND FORTY THREE and 81/100's DOLLARS ($255,043.81), plus interest at the rate provided pursuant to 28 U.S.C. § 1961(a) per annum, 2.57%, from the date of judgment until paid as more fully described in the exemplified copy of the judgment, attached hereto as Exhibit "A" and incorporated herein by this reference.

The judgment was entered by default and is a final judgment in that a notice of appeal from the judgment was not filed, the time for taking an appeal has passed, and no motion pursuant to Federal Rule of Civil Procedure 60 has been filed.

You are requested to notify the undersigned, attorney for the judgment creditors, as soon as registration of the judgment is accomplished so that enforcement of the judgment in this District can be expedited.

DATED: August 27, 2008 LEWIS BRISBOIS BISGAARD & SMITH LLP

By [signature]
R. Anthony Moya
Attorneys for Judgment Creditors CONTINENTAL CASUALTY COMPANY and NATIONAL FIRE INSURANCE COMPANY OF HARTFORD

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

EXHIBIT A

AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

District of Arizona

## EXEMPLIFICATION CERTIFICATE

I, Richard H. Weare, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

CV 08-467-PHX-NVW
Judgment by Default #33
Filed 6/24/2008

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at Phoenix, Arizona on 8/12/2008

*City* *Date*

RICHARD H. WEARE
*Clerk*

Becky Kolbe
*(By) Deputy Clerk*

I, Neil V. Wake, a Judicial Officer of this Court, certify that Richard H. Weare, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

8·16-08
*Date*

Neil V Wake
*Signature of Judge*

United States District Judge
*Title*

I, Richard H. Weare, Clerk of this United States District Court, keeper of the seal, certify that the Honorable Neil V. Wake,
*Judge*

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at Phoenix in this State, on 8/19/08

*City* *Date*

RICHARD H. WEARE
*Clerk*

Becky Kolbe
*(By) Deputy Clerk*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Continental Casualty Company, an Illinois Corporation; and National Fire Insurance Company of Hartford, a Connecticut Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Highland Engineering, LLC, an Arizona limited liability company; Highland Engineering of California, Inc., a California corporation; Individual, Corporate and Partnership DOES 1-20.<br><br>Defendant. | No. 2:08-cv-00467-NVW<br><br>**JUDGMENT BY DEFAULT** |

This matter having come on before the Court on Plaintiffs', Continental Casualty Company, an Illinois Corporation; and National Fire Insurance Company of Hartford, a Connecticut Corporation ("Plaintiffs"), application for entry of judgment by default, and the Court having reviewed the pleadings of record on the issue of the relief to be awarded to Plaintiffs, and being fully advised in the premises, finds that Defendants Highland Engineering, LLC, an Arizona limited liability company, and Highland Engineering of California, Inc., a California corporation ("Defendants") were served with Plaintiffs' Complaint and failed to answer the Complaint within the period prescribed by law, that the

default of Defendants was duly entered by the Clerk of this Court on June 20, 2008 (doc. #27), that Defendants are not infants, incompetents, or in the military service and that Plaintiffs are entitled to affirmative relief against Defendants as specified herein.

Based upon the foregoing findings and good cause appearing therefore:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs be awarded judgment against Defendants as follows:

A. Judgment is entered for Plaintiff Continental Casualty Company, an Illinois Corporation, and against Defendant Highland Engineering, LLC, an Arizona limited liability company, on all claims asserted in the Complaint.

B. Plaintiff Continental Casualty Company, an Illinois Corporation, is awarded compensatory damages of $955,296.91, plus interest thereon at the rate provided pursuant to 28 U.S.C.A. § 1961(a) per annum, 2.57%, from the date of the judgment until paid.

C. Judgment is entered for Plaintiff National Fire Insurance Company of Hartford, a Connecticut Corporation, and against Defendant Highland Engineering of California, Inc., a California corporation, on all claims asserted in the Complaint.

D. Plaintiff National Fire Insurance Company of Hartford, a Connecticut Corporation, is awarded compensatory damages of $255,043.81, plus interest thereon at the rate provided pursuant to 28 U.S.C.A. § 1961(a), 2.57%, from the date of the judgment until paid.

DATED this 24th day of June, 2008.

I hereby attest and certify on 8/12/08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

by [signature] Deputy

[signature]
Neil V. Wake
United States District Judge

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 154544 - MB**

**August 29, 2008
11:08:28**

**Misc. Case**
USAO #.: 08MC0462 MISC CASE FILING
Amount.: $39.00 CK
Check#.: BC71463

**Total-> $39.00**

FROM: CONTINENTAL CASUALTY CO, ET AL
VS HIGHLAND ENGINEERING, ET AL